1  **THE LAW OFFICE OF JACK FITZGERALD, PC**
2  JACK FITZGERALD (SBN 257370)
   *jack@jackfitzgeraldlaw.com*
3  TREVOR M. FLYNN (SBN 253362)
   *trevor@jackfitzgeraldlaw.com*
4  TRAN NGUYEN (SBN 301593)
5  *tran@jackfitzgeraldlaw.com*
   Hillcrest Professional Building
6  3636 Fourth Avenue, Suite 202
7  San Diego, California 92103
   Phone: (619) 692-3840
8  Fax: (619) 362-9555
9  *Counsel for Plaintiff Zenbu Magazines LLC,*
10 *and the Putative Class*

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

13
   | ZENBU MAGAZINES LLC, on behalf of itself and all others similarly situated, | Case No.: 15-cv-309 |
   |---|---|
   | Plaintiff, | <u>CLASS ACTION</u> |
   | v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
   | APPLE INC., | **[FED. R. CIV. P. 41(a)]** |
   | Defendant. | <u>DEMAND FOR JURY TRIAL</u> |

PLEASE TAKE NOTICE THAT,

    Pursuant to Fed. R. Civ. P. 41(a), plaintiff Zenbu Magazines LLC hereby dismisses this action without prejudice.

Dated: January 23, 2015

/s/ *Jack Fitzgerald*
By: Jack Fitzgerald
**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
TRAN NGUYEN (SBN 301593)
*tran@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff Zenbu Magazines LLC, and the Putative Class*